# Exhibit 1

12/19/2019   https://micourt.courts.michigan.gov/CaseSearch/Case/D54A/Detail?searchText=chelsea+williams&caseId=19-00661GC&courtType=D&...

# 54A District Court - Lansing

# Case Detail

## Civil

Case ID: 19-00661GC-GC
Judge of Record: WARD, CYNTHIA M.
Case Status: DISPOSED
Balance: $0.00
Next Hearing:

Court Location: 54A LANSING
Entitlement: TNT FINANCIAL INC V WILLIAMS
Date Filed: 2/19/2019

## Parties

Party Name: TNT FINANCIAL INC
Attorney Name: MEINECKE, JAMES N.
Answer Date:

Party Type/Number: PLAINTIFF 1
Service Date:

---

Party Name: WILLIAMS, CHELSEA, A
Party Type/Number: DEFENDANT 1
Service Date: 04/29/2019
Disposition: JUDGMENT ENTERED BY DEFAULT

Active Garnishment
Attorney Name:
Answer Date:
Disposition Date: 05/31/2019

## Hearings

No hearings found

Note: Civil, Traffic, Criminal, Domestic (Divorce/Family), Probate and Juvenile Traffic & Delinquency cases are available through this website depending on the type of court being searched. Neglect/Abuse cases will not be displayed.

Version: 1.0.0.0 (https://mijis.courts.michigan.gov/hc/en-us/articles/115002867928)