2

Exhibit 2

12/16

Approved, SCAO

Original - Court (Part 1)
1st copy - Garnishee (Part 2)
2nd copy - Defendant (Part 2)
3rd copy - Plaintiff (Part 2)

| STATE OF MICHIGAN | | |
|---|---|---|
| 54-A JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | GARNISHMENT RELEASE | CASE NO.<br>19-00661-GCB |

Court address: 124 W MICHIGAN AVE LANSING MI 48933

Court telephone no.: 517-483-4426

Plaintiff name and address (judgment creditor)
TNT FINANCIAL, INC.
PO BOX 5767
SAGINAW MI 48603-0767

v

Defendant name and address (judgment debtor)
CHELSEA ANNE WILLIAMS
123 E MT HOPE AVE
LANSING MI 48910

Plaintiff's attorney, bar no., address, and telephone no.
JAMES N. MEINECKE   P40510
PO BOX 5767
SAGINAW MI 48603-0767
989-921-0406

Garnishee name and address
MCDONALDS CORP. INC.
ATTN: PAYROLL
711 JORIE BOULEVARD
OAK BROOK IL 60523

** Insert social security number here.

**TO THE GARNISHEE:**

☑ 1. The garnishment issued on  06-26-2019  is withdrawn by the plaintiff.
                                    Date

The withdrawal was authorized on  12/30/2019  by _____ P40510
                                    Date        Plaintiff/Attorney    Bar no.

☐ 2. The garnishment issued on _____ is cancelled by the court.
                                Date

3. You are released from further liability in connection with this garnishment.

4. Any amounts withheld by the garnishee on or after  12-30-2019  shall be returned to the defendant and any further withholdings shall be discontinued.
                                                        Date

_____   _____
Date          Deputy court clerk

**CERTIFICATE OF MAILING**

I certify that on this date this release was served on the garnishee and the parties or their attorneys by first-class mail addressed to their last-known addresses as defined by MCR 2.107(C)(3).

_____   _____
Date          Signature

**TO THE PLAINTIFF:** The social security number field is blacked out on the court copy for security reasons, but will appear on the garnishee, defendant, and plaintiff copies.

MC 50 (6/09) GARNISHMENT RELEASE (Part 1)                                    MCR 3.101