Exhibit 3

United States Bankruptcy Court
Western District of Michigan

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 12/16/2019 at 08:08 AM and filed on 12/16/2019.

**Chelsea Anne Williams**
123 E. Mt Hope Ave
Lansing, MI 48910
SSN / ITIN: xxx-xx-9196

The case was filed by the debtor's attorney:

**Aaron J. Kenyon**
Dietrich & Kenyon, PLLC
3815 West Saint Joseph Street
Suite A200
Lansing, MI 48917
517-374-8000

The case was assigned case number 19-05180.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.miwb.uscourts.gov or at the Clerk's Office, One Division Ave., N., Room 200, Grand Rapids, MI 49503.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Michelle M. Wilson
Clerk, U.S. Bankruptcy Court

| PACER Service Center |
|---|
| Transaction Receipt |

| 12/16/2019 08:09:58 | | | |
|---|---|---|---|
| **PACER Login:** | kenyonaj89:5589989:0 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 19-05180 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |