Exhibit 4

United States Bankruptcy Court
Western District of Michigan

In re:                                                      Case No. 19-05180-swd
Chelsea Anne Williams                                       Chapter 7
    Debtor
                         **CERTIFICATE OF NOTICE**

District/off: 0646-1          User: admin           Page 1 of 2            Date Rcvd: Dec 16, 2019
                              Form ID: 309A         Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2019.
db             #+Chelsea Anne Williams,    123 E. Mt Hope Ave,    Lansing, MI 48910-9132
8492867         +54-A District Court,   6th Floor City Hall,    124 W. Michigan Ave.,    Lansing MI 48933-1690
8492868         +Captial Area Anesthesioligist,,    405 W Greenlaw Ave,   #106,    Lansing MI 48910-2201
8492870         +Cnac/mi105,   3227 S Westnedge,    Kalamazoo MI 49008-2902
8492873         +Equifax,   PO Box 740241,   Atlanta GA 30374-0241
8492874         +Experian,   955 American Lane,   Schaumburg IL 60173-4998
8492876         +LAFCU,   Attn: Bankruptcy,   Po Box 26188,   Lansing MI 48909-6188
8492877         +Max Watson,   123 E Mt Hope Ave,   Lansing MI 48910-9132
8492878         +McDonald's Corporation,   1 Mcdonald'S Plaza,    Oak Brook IL 60523-1911
8492879         +Michigan Attorney General,   G Mennen Williams Bldg,    525 W Ottawa Street,    PO Box 30212,
                  Lansing MI 48909-7712
8492881         +Receivables Management Part,    Attn: Bankruptcy,   Po Box 13129,    Lansing MI 48901-3129
8492884         +TNT Financial,   4191 N Euclid Ave,   Bay City MI 48706-2408
8492885         +TransUnion,   2 Baldwin Place,   PO Box 1000,    Crum Lynne PA 19022-1370
8492887          Unemployment Insurance Agency,    Benefit Overpayment Collection,    P.O. Box 9045,
                  Detroit MI 48202-9045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ajk@dietrichkenyon.com Dec 16 2019 22:59:25     Aaron J. Kenyon,
                 Dietrich & Kenyon, PLLC,   3815 West Saint Joseph Street,    Suite A200,    Lansing, MI 48917
tr             +EDI: BSACHERNICH Dec 17 2019 03:43:00      Scott A. Chernich,    Foster Swift Collins & Smith PC,
                 313 South Washington Square,   Lansing, MI 48933-2195
smg             EDI: IRS.COM Dec 17 2019 03:43:00     Internal Revenue Service,    Centralized Insolvency Unit,
                 PO Box 7346,   Philadelphia, PA 19101-7346
smg            +E-mail/Text: MarcsBankruptcyUnit@michigan.gov Dec 16 2019 23:00:28      MI DEPT OF TREASURY,
                 COLLECTION DIVISION/BANKRUPTCY,   PO BOX 30168,    LANSING, MI 48909-7668
smg            +E-mail/Text: bankruptcynoticeschr@sec.gov Dec 16 2019 22:59:53      SECURITIES & EXCHANGE COMM,
                 BANKRUPTCY SECTION,   175 W. JACKSON BLVD.,    SUITE 900,   CHICAGO, IL 60604-2815
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 16 2019 22:59:47      Andy Vara,
                 Office of the US Trustee,   The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                 Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 16 2019 22:59:47      Daniel J. Casamatta,
                 Assistant U.S. Trustee,   Office of the U.S. Trustee,    The Ledyard Building, 2nd Floor,
                 125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 16 2019 22:59:47      Daniel M. McDermott,
                 Office of the US Trustee,   The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                 Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 16 2019 22:59:47      David W. Asbach,
                 Office of the US Trustee,   The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                 Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 16 2019 22:59:47      Dean E. Rietberg,
                 Trial Attorney,   Office of the US Trustee,    The Ledyard Building, 2nd Floor,
                 125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 16 2019 22:59:47      Habbo G. Fokkena,
                 Office of the United States Trustee,    Michigan/Ohio Region 9,
                 The Ledyard Building, 2nd Floor,   125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2837
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 16 2019 22:59:47      Matthew T. Cronin,
                 Office of the US Trustee,   The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                 Grand Rapids, MI 49503-2865
ust            +E-mail/Text: matthew.w.cheney@usdoj.gov Dec 16 2019 23:00:36      Matthew W. Cheney,
                 Office of the US Trustee,   The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                 Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 16 2019 22:59:47      Michael V. Maggio,
                 Trial Attorney,   Office of the US Trustee,    The Ledyard Building, 2nd Floor,
                 125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 16 2019 22:59:47      Michelle M. Wilson,
                 Trial Attorney,   Office of the US Trustee,    The Ledyard Building, 2nd Floor,
                 125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2865
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 16 2019 22:59:47      United States Trustee,
                 Michigan/Ohio Region 9,   The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                 Grand Rapids, MI 49503-2837
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 16 2019 22:59:47      United States Trustee,
                 The Ledyard Building, 2nd Floor,   125 Ottawa Avenue NW, Suite 200R,
                 Grand Rapids, MI 49503-2837
8492871         EDI: COMCASTCBLCENT Dec 17 2019 03:43:00      Comcast,   Attn: Bankruptcy Division,
                 1500 Market Street,   Philadelphia PA 19102
8492869        +Fax: 602-659-2196 Dec 16 2019 23:27:10      ChexSystems Collection Agency,   7805 Hudson Road,
                 Suite 100,   Saint Paul MN 55125-1703
8492872        +E-mail/Text: bknotice@ercbpo.com Dec 16 2019 23:00:05      Enhanced Recovery Corp,
                 Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville FL 32256-7412
8492880         E-mail/Text: MarcsBankruptcyUnit@michigan.gov Dec 16 2019 23:00:28
                 Michigan Dept of Treasury,   Collection Division/Bankruptcy,    P.O. Box 30168,
                 Lansing MI 48909-7668