Exhibit 5

Chelsea Williams-Filed 12/16/19
Garnishment Worksheet

| Paycheck Date | Amount Garnished |
|---|---|
| 1-Oct | $379.53 |
| 15-Oct | $394.31 |
| 29-Oct | $383.90 |
| 12-Nov | $375.36 |
| 26-Nov | $385.05 |
| 10-Dec | $396.60 |
| 90 day Total | $2,314.75 |
| | |
| 24-Dec | $0.00 |
| 1/7/2020 | $293.54 |
| | |
| Stay total | $293.54 |
| | |
| Grand total | $2,608.29 |

**McDonald's Service Center**

MCDONALD'S OF LANSING
3135 MARTIN LUTHER KING JR. B
LANSING, MI 48910-2939 United States of America

Pay to the order of
CHELSEA A. WILLIAMS
123 E MOUNT HOPE AVE
LANSING, MI 48910-9132 US

Number: 40705033
Check Date: 10/01/2019
Fed Tax Id Number (EIN): 36-2951565
Fed Tax Marital Status: Single
Exemptions Federal: 3
Exemptions State(MI): 3

Net Pay 996.21

NON-NEGOTIABLE

| Name | Employee Number | Department | Period End |
|---|---|---|---|
| CHELSEA A. WILLIAMS | 11300157 | 01884 | 09/24/2019 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 98.18 | 1709.16 | 35872.57 |
| Total Deductions | | 711.81 | 10727.51 |
| Total Net | | 996.21 | |
| Paid Sick Leave Balance Available | 45 HOURS | | |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| BASIC LIFE IMPUTED INCOME | | 1.14 | 1.14 | 22.32 |
| CNTY/CITY/STATE PAID SICK LV | | | | 165.51 |
| DEPT MANAGER HOLIDAY PAY | | | | 819.54 |
| DEPT MANAGER SICK PAY | | | | 546.23 |
| DEPT MANAGER VACATION PAY | | | | 2600.10 |
| DM OVERTIME | | | | 313.31 |
| DM REGULAR PAY | 87.57 | 18.39 | 1610.41 | 29120.95 |
| HOLIDAY PAY | | | | 237.04 |
| MCOPCO QUARTERLY INCENTIVE | | | | 100.00 |
| MQI TRUE-UP | | | | 8.79 |
| OVERTIME PAY 50% PREM | 10.61 | 9.20 | 97.61 | 1938.78 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| 401(k) - REGULAR PAY | 51.24 | 1075.50 |
| DENTAL INSURANCE | 11.16 | 223.20 |
| U.S. GOVERNMENT W/H | | 338.76 |

| | | |
|---|---:|---:|
| MANAGER GARNISHMENT -PERCENT | | 1139.73 |
| EMPLOYEE LOAN DEDUCTION | 50.02 | 1000.40 |
| MEDICAL INSURANCE | 25.13 | 502.60 |
| EE-PD MEDICARE | 24.20 | 508.56 |
| STATE OF MICHIGAN | 47.19 | 981.14 |
| CITY LANSING | 16.18 | 339.97 |
| EE-PD SOCIAL SECURITY | 103.49 | 2174.55 |
| VISION INSURANCE | 3.67 | 73.40 |
| MANAGER GARNISHMENT -PERCENT | 379.53 | 2369.70 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx1169 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx3296 | Chime Bank | 996.21 |

**MCDONALD'S SERVICE CENTER**

MCDONALD'S OF LANSING
3135 MARTIN LUTHER KING JR. B
LANSING, MI 48910-2939 United States of America

Pay to the order of
CHELSEA A. WILLIAMS
123 E MOUNT HOPE AVE
LANSING, MI 48910-9132 US

Number 40791116
Check Date 10/15/2019
Fed Tax Id Number (EIN) 36-2951565
Fed Tax Marital Status Single
Exemptions Federal 3
Exemptions State(MI) 3

Net Pay 1038.54

NON-NEGOTIABLE

| Name | Employee Number | Department | Period End |
|---|---|---|---|
| CHELSEA A. WILLIAMS | 11300157 | 01884 | 10/08/2019 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 102.08 | 1776.93 | 37869.81 |
| Total Deductions |  | 737.25 | 11490.37 |
| Total Net |  | 1038.54 |  |
| Paid Sick Leave Balance Available | 45 HOURS |  |  |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| BASIC LIFE IMPUTED INCOME |  | 1.14 | 1.14 | 23.46 |
| CNTY/CITY/STATE PAID SICK LV |  |  |  | 165.51 |
| DEPT MANAGER HOLIDAY PAY |  |  |  | 819.54 |
| DEPT MANAGER SICK PAY |  |  |  | 546.23 |
| DEPT MANAGER VACATION PAY |  |  |  | 2600.10 |
| DM OVERTIME |  |  |  | 368.11 |
| DM REGULAR PAY | 91.04 | 18.39 | 1674.22 | 30960.68 |
| HOLIDAY PAY |  |  |  | 237.04 |
| MCOPCO QUARTERLY INCENTIVE |  |  |  | 100.00 |
| MQI TRUE-UP |  |  |  | 8.79 |
| OVERTIME PAY 50% PREM | 11.04 | 9.20 | 101.57 | 2040.35 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| 401(k) - REGULAR PAY | 53.27 | 1135.38 |
| DENTAL INSURANCE | 11.16 | 234.36 |
| U.S. GOVERNMENT W/H |  | 338.76 |

| | | |
|---|---:|---:|
| MANAGER GARNISHMENT -PERCENT | | 1139.73 |
| EMPLOYEE LOAN DEDUCTION | 50.02 | 1050.42 |
| MEDICAL INSURANCE | 25.13 | 527.73 |
| EE-PD MEDICARE | 25.18 | 536.94 |
| STATE OF MICHIGAN | 49.98 | 1031.12 |
| CITY LANSING | 16.84 | 358.95 |
| EE-PD SOCIAL SECURITY | 107.69 | 2295.90 |
| VISION INSURANCE | 3.67 | 77.07 |
| MANAGER GARNISHMENT -PERCENT | 394.31 | 2764.01 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx1169 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx3296 | Chime Bank | 1038.54 |

**McDonald's Service Center**

**MCDONALD'S OF LANSING**
3135 MARTIN LUTHER KING JR. B
LANSING, MI 48910-2939 United States of America

Pay to the order of
CHELSEA A. WILLIAMS
123 E MOUNT HOPE AVE
LANSING, MI 48910-9132 US

| | |
|---|---|
| Number | 40877121 |
| Check Date | 10/29/2019 |
| Fed Tax Id Number (EIN) | 36-2951565 |
| Fed Tax Marital Status | Single |
| Exemptions Federal | 3 |
| Exemptions State(MI) | 3 |

Net Pay  1008.73

NON-NEGOTIABLE

| Name | Employee Number | Department | Period End |
|---|---|---|---|
| CHELSEA A. WILLIAMS | 11300157 | 01884 | 10/22/2019 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 98.62 | 1729.20 | 39599.01 |
| Total Deductions | | 719.33 | 12209.70 |
| Total Net | | 1008.73 | |
| Paid Sick Leave Balance Available | 45 HOURS | | |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| BASIC LIFE IMPUTED INCOME | | 1.14 | 1.14 | 24.60 |
| CNTY/CITY/STATE PAID SICK LV | | | | 165.51 |
| DEPT MANAGER HOLIDAY PAY | | | | 819.54 |
| DEPT MANAGER SICK PAY | | | | 546.23 |
| DEPT MANAGER VACATION PAY | | | | 2600.10 |
| DM OVERTIME | | | | 368.11 |
| DM REGULAR PAY | 89.31 | 18.39 | 1642.41 | 32603.09 |
| HOLIDAY PAY | | | | 237.04 |
| MCOPCO QUARTERLY INCENTIVE | | | | 100.00 |
| MQI TRUE-UP | | | | 8.79 |
| OVERTIME PAY 50% PREM | 9.31 | 9.20 | 85.65 | 2126.00 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| 401(k) - REGULAR PAY | 51.84 | 1187.22 |
| DENTAL INSURANCE | 11.16 | 245.52 |
| U.S. GOVERNMENT W/H | | 338.76 |

https://hrapps3.mcd.com/lawson/xhrnet/ui/windowplain.htm?func=opener.PrepareStub(4)   1/1/2020

|                              |         |         |
|------------------------------|---------|---------|
| MANAGER GARNISHMENT -PERCENT |         | 1139.73 |
| EMPLOYEE LOAN DEDUCTION      | 50.02   | 1100.44 |
| MEDICAL INSURANCE            | 25.13   | 552.86  |
| EE-PD MEDICARE               | 24.50   | 561.44  |
| STATE OF MICHIGAN            | 48.01   | 1079.13 |
| CITY LANSING                 | 16.37   | 375.32  |
| EE-PD SOCIAL SECURITY        | 104.73  | 2400.63 |
| VISION INSURANCE             | 3.67    | 80.74   |
| MANAGER GARNISHMENT -PERCENT | 383.90  | 3147.91 |

Auto Deposit Distributions

| Routing    | Account                                   | Description | Amount  |
|------------|-------------------------------------------|-------------|---------|
| xxxxx1169  | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx3296        | Chime Bank  | 1008.73 |

|  |  |
|---|---|
| Number | 40963232 |
| Check Date | 11/12/2019 |
| Fed Tax Id Number (EIN) | 36-2951565 |
| Fed Tax Marital Status | Single |
| Exemptions Federal | 3 |
| Exemptions State(MI) | 3 |

MCDONALD'S OF LANSING
3135 MARTIN LUTHER KING JR. B
LANSING, MI 48910-2939 United States of America

Pay to the order of
CHELSEA A. WILLIAMS
123 E MOUNT HOPE AVE
LANSING, MI 48910-9132 US

Net Pay  984.26

NON-NEGOTIABLE

| Name | Employee Number | Department | Period End |
|---|---|---|---|
| CHELSEA A. WILLIAMS | 11300157 | 01884 | 11/05/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 95.78 | 1690.03 | 41289.04 |
| Total Deductions |  | 704.63 | 12914.33 |
| Total Net |  | 984.26 |  |
| Paid Sick Leave Balance Available | 45 HOURS |  |  |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| BASIC LIFE IMPUTED INCOME |  | 1.14 | 1.14 | 25.74 |
| CNTY/CITY/STATE PAID SICK LV |  |  |  | 165.51 |
| DEPT MANAGER HOLIDAY PAY | 9.00 | 18.39 | 165.51 | 985.05 |
| DEPT MANAGER SICK PAY |  |  |  | 546.23 |
| DEPT MANAGER VACATION PAY |  |  |  | 2600.10 |
| DM OVERTIME |  |  |  | 368.11 |
| DM REGULAR PAY | 78.89 | 18.39 | 1450.80 | 34053.89 |
| HOLIDAY PAY |  |  |  | 237.04 |
| MCOPCO QUARTERLY INCENTIVE |  |  |  | 100.00 |
| MQI TRUE-UP |  |  |  | 8.79 |
| OVERTIME PAY 50% PREM | 7.89 | 9.20 | 72.58 | 2198.58 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| 401(k) - REGULAR PAY | 50.67 | 1237.89 |
| DENTAL INSURANCE | 11.16 | 256.68 |
| U.S. GOVERNMENT W/H |  | 338.76 |

| | | |
|---|---:|---:|
| MANAGER GARNISHMENT -PERCENT | | 1139.73 |
| EMPLOYEE LOAN DEDUCTION | 50.02 | 1150.46 |
| MEDICAL INSURANCE | 25.13 | 577.99 |
| EE-PD MEDICARE | 23.92 | 585.36 |
| STATE OF MICHIGAN | 46.40 | 1125.53 |
| CITY LANSING | 15.99 | 391.31 |
| EE-PD SOCIAL SECURITY | 102.31 | 2502.94 |
| VISION INSURANCE | 3.67 | 84.41 |
| MANAGER GARNISHMENT -PERCENT | 375.36 | 3523.27 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx1169 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx3296 | Chime Bank | 984.26 |

**MCDONALD'S OF LANSING**
3135 MARTIN LUTHER KING JR. B
LANSING, MI 48910-2939 United States of America

Pay to the order of
CHELSEA A. WILLIAMS
123 E MOUNT HOPE AVE
LANSING, MI 48910-9132 US

Number: 41073610
Check Date: 11/26/2019
Fed Tax Id Number (EIN): 36-2951565
Fed Tax Marital Status: Single
Exemptions Federal: 3
Exemptions State(MI): 3

Net Pay 1012.00

NON-NEGOTIABLE

| Name | Employee Number | Department | Period End |
|---|---|---|---|
| CHELSEA A. WILLIAMS | 11300157 | 01884 | 11/19/2019 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 99.00 | 1734.45 | 43023.49 |
| Total Deductions | | 721.31 | 13635.64 |
| Total Net | | 1012.00 | |
| Paid Sick Leave Balance Available | 45 HOURS | | |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| BASIC LIFE IMPUTED INCOME | | 1.14 | 1.14 | 26.88 |
| CNTY/CITY/STATE PAID SICK LV | | | | 165.51 |
| DEPT MANAGER HOLIDAY PAY | | | | 985.05 |
| DEPT MANAGER SICK PAY | | | | 546.23 |
| DEPT MANAGER VACATION PAY | | | | 2600.10 |
| DM OVERTIME | | | | 368.11 |
| DM REGULAR PAY | 89.50 | 18.39 | 1645.91 | 35699.80 |
| HOLIDAY PAY | | | | 237.04 |
| MCOPCO QUARTERLY INCENTIVE | | | | 100.00 |
| MQI TRUE-UP | | | | 8.79 |
| OVERTIME PAY 50% PREM | 9.50 | 9.20 | 87.40 | 2285.98 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| 401(k) - REGULAR PAY | 52.00 | 1289.89 |
| DENTAL INSURANCE | 11.16 | 267.84 |
| U.S. GOVERNMENT W/H | | 338.76 |

https://hrapps3.mcd.com/lawson/xhrnet/ui/windowplain.htm?func=opener.PrepareStub(2)    1/1/2020

|  |  |  |
|---|---:|---:|
| MANAGER GARNISHMENT -PERCENT |  | 1139.73 |
| EMPLOYEE LOAN DEDUCTION | 50.02 | 1200.48 |
| MEDICAL INSURANCE | 25.13 | 603.12 |
| EE-PD MEDICARE | 24.57 | 609.93 |
| STATE OF MICHIGAN | 48.23 | 1173.76 |
| CITY LANSING | 16.42 | 407.73 |
| EE-PD SOCIAL SECURITY | 105.06 | 2608.00 |
| VISION INSURANCE | 3.67 | 88.08 |
| MANAGER GARNISHMENT -PERCENT | 385.05 | 3908.32 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx1169 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx3296 | Chime Bank | 1012.00 |

| Pay Stub | Page 1 of 2 |
|---|---|

**MCDONALD'S SERVICE CENTER**

MCDONALD'S OF LANSING
3135 MARTIN LUTHER KING JR. B
LANSING, MI 48910-2939 United States of America

Pay to the order of
CHELSEA A. WILLIAMS
123 E MOUNT HOPE AVE
LANSING, MI 48910-9132 US

| | |
|---|---|
| Number | 41160132 |
| Check Date | 12/10/2019 |
| Fed Tax Id Number (EIN) | 36-2951565 |
| Fed Tax Marital Status | Single |
| Exemptions Federal | 3 |
| Exemptions State(MI) | 3 |

Net Pay 1045.08

NON-NEGOTIABLE

| Name | Employee Number | Department | Period End |
|---|---|---|---|
| CHELSEA A. WILLIAMS | 11300157 | 01884 | 12/03/2019 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 102.84 | 1787.42 | 44810.91 |
| Total Deductions | | 741.20 | 14376.84 |
| Total Net | | 1045.08 | |
| Paid Sick Leave Balance Available | 45 HOURS | | |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| BASIC LIFE IMPUTED INCOME | | 1.14 | 1.14 | 28.02 |
| CNTY/CITY/STATE PAID SICK LV | | | | 165.51 |
| DEPT MANAGER HOLIDAY PAY | | | | 985.05 |
| DEPT MANAGER SICK PAY | | | | 546.23 |
| DEPT MANAGER VACATION PAY | | | | 2600.10 |
| DM OVERTIME | | | | 368.11 |
| DM REGULAR PAY | 91.42 | 18.39 | 1681.21 | 37381.01 |
| HOLIDAY PAY | | | | 237.04 |
| MCOPCO QUARTERLY INCENTIVE | | | | 100.00 |
| MQI TRUE-UP | | | | 8.79 |
| OVERTIME PAY 50% PREM | 11.42 | 9.20 | 105.07 | 2391.05 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| 401(k) - REGULAR PAY | 53.59 | 1343.48 |
| DENTAL INSURANCE | 11.16 | 279.00 |
| U.S. GOVERNMENT W/H | | 338.76 |

https://hrapps3.mcd.com/lawson/xhrnet/ui/windowplain.htm?func=opener.PrepareStub(1)  1/1/2020

|  |  |  |
|---|---:|---:|
| MANAGER GARNISHMENT -PERCENT |  | 1139.73 |
| EMPLOYEE LOAN DEDUCTION | 50.02 | 1250.50 |
| MEDICAL INSURANCE | 25.13 | 628.25 |
| EE-PD MEDICARE | 25.34 | 635.27 |
| STATE OF MICHIGAN | 50.41 | 1224.17 |
| CITY LANSING | 16.94 | 424.67 |
| EE-PD SOCIAL SECURITY | 108.34 | 2716.34 |
| VISION INSURANCE | 3.67 | 91.75 |
| MANAGER GARNISHMENT -PERCENT | 396.60 | 4304.92 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx1169 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx3296 | Chime Bank | 1045.08 |