Exhibit 6



MCDONALD'S OF LANSING-LOGAN
3135 MARTIN LUTHER KING JR BLV
LANSING, MI 48910-2939

CHECK NO: 41332807
PAY PERIOD: 12/18/2019-12/31/2019
PAY DATE: 01/07/2020
EMPLOYEE #: 011300197
STORE: 01884
FED TAX #/EIN: 36-2951565
FED TAX MARITAL STATUS: SINGLE
EXEMPTIONS:
  FEDERAL: 3
  STATE(MI): 3

962  DDP 01884       DM
CHELSEA A WILLIAMS
123 E MOUNT HOPE AVE
LANSING MI 48910-9132

QUESTIONS? CALL 1-877-623-1955

PAID SICK LEAVE BALANCE AVAILABLE: 45.00 HOURS

| EARNINGS | RATE | HOURS | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|---|---|
| DEPT-MANAGER HOLIDAY PAY | 18.39 | 9.00 | 165.51 | 165.51 |
| DM REGULAR PAY | 18.39 | 19.56 | 359.71 | 359.71 |
| DEPT-MANAGER REGULAR PAY | 18.39 | 45.00 | 827.55 | 827.55 |
| DEPT-MANAGER VACATION PAY | 18.39 | 5.00 | 46.00 | 46.00 |
| OVERTIME PAY 50% PREM | 9.20 | | | |
| GROSS PAY | | | 1,398.77 | 1,398.77 |

| PRE-TAX DEDUCTIONS | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| 401(K) - REGULAR PAY | 41.96 | 41.96 |
| DENTAL INSURANCE | 12.64 | 12.64 |
| MEDICAL INSURANCE | 26.14 | 26.14 |
| VISION INSURANCE | 4.71 | 4.71 |

| STATUTORY DEDUCTIONS | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| U.S. GOVERNMENT W/H | 74.58 | 74.58 |
| MANAGER GARNISHMENT -PERCENT | 293.54 | 293.54 |
| EE-PD MEDICARE | 19.67 | 19.67 |
| STATE OF MICHIGAN | 34.29 | 34.29 |
| CITY LANSING | 13.14 | 13.14 |
| EE-PD SOCIAL SECURITY | 84.10 | 84.10 |

| VOLUNTARY DEDUCTIONS | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| EMPLOYEE LOAN DEDUCTION | 50.02 | 50.02 |

NET PAY: 743.98

| OTHER EARNINGS AND BENEFITS | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| BASIC LIFE IMPUTED INCOME | 1.14 | 1.14 |

FEDERAL TAXABLE WAGES: 1,314.46    1,314.46

| DIRECT DEPOSIT INFORMATION | BANK ACCT NUMBER | ABA NUMBER | AMOUNT |
|---|---|---|---|
| | ***********3296 | ****1169 | 743.98 |

Contact your manager to correct your name, address or SSN
Contacte a su gerente para corregir su nombre, direccion o #SS

MCDONALD'S OF LANSING-LOGAN
3135 MARTIN LUTHER KING JR BLV
LANSING, MI 48910-2939

DATE: 01/07/2020    NET AMOUNT: 743.98

SEVEN HUNDRED FORTY THREE & 98/100*********************************************

CHELSEA A WILLIAMS

NON-NEGOTIABLE