# Exhibit 7

DIETRICH & KENYON

ROBERT W. DIETRICH
AARON J. KENYON

3815 West Saint Joseph Street, Suite A200
Lansing, Michigan 48917
(517) 374-8000
Fax (517) 374-8080
www.DietrichKenyon.com

February 25, 2020

James N. Meinecke, Esq.
P. O. Box 5767
Saginaw, MI 48603

Re: *TNT Financial, Inc. v. Chelsea Anne Williams*
54A District Court Case No. 19-00661-GCB
Preferential Transfer Recovery and Stay Violation

To Whom It May Concern:

Our client, Chelsea Anne Williams, filed a Chapter 7 bankruptcy on December 16, 2019 in the Western District of Michigan. The Notice of Bankruptcy and Certificate of Notice are enclosed for your records. Garnisheed funds amounting to $600 or more, taken within 90 days prior to the filing of bankruptcy, are avoidable, under 11 U.S.C. §547(b) and 11 U.S.C. §522(h), and recoverable, under 11 U.S.C. §550(a) and 11 U.S.C. §522(i), as a preferential transfer.

In this matter, TNT Financial, Inc garnished Ms. Williams's wages in the amount of $2,314.75 within 90 days prior to her bankruptcy filing. Additionally, on January 7 her wages were garnished for $293.54 in violation of the automatic stay under U.S.C. 22 §362. Copies of paycheck stubs are attached for your reference.

Therefore, we respectfully request you to refund the garnisheed money of $2,608.29 and any other monies received after the bankruptcy filing in order to avoid the filing of an adversary proceeding. To effect this settlement, a check must be received by our office on or before March March 17, 2020. Please make the check jointly payable to the Dietrich & Kenyon Law Firm and our client. Any communication, including the check's mailing, should be directed to our office.

Contact our office if you have any questions or concerns. Thank you for your time and efforts. We look forward to hearing from you in the near future.

Sincerely,

DIETRICH & KENYON

Robert W. Dietrich
rwd@DietrichKenyon.com

Enclosures: Notice of Bankruptcy Filing
Certificate of Notice
Garnishment Disclosure
Copy pay stubs

RWD/jal

DIETRICH & KENYON
3815 WEST ST JOE ST SUITE A200
LANSING, MI 48917

$0.80⁰
US POSTAGE
FIRST-CLASS
FROM 48917
FEB 26 2020
stamps
endicia
062S0010721551

James N. Meinecke, Esq.
P.O. Box 5767
Saginaw MI 48603-0767